**Denese DOUGLAS, Plaintiff–Appellant,**

v.

**Larry G. MASSANARI, Acting Commissioner of Social Security Administration, Defendant–Appellee.**

**No. 01–1929.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 21, 2002.

Hardwick Stuart, Jr., Berry, Quackenbush & Stuart, P.A., Columbia, South Carolina, for Appellant. Robert D. McCallum, Jr., Assistant Attorney General, Scott N. Schools, United States Attorney, John Berkley Grimball, Assistant United States Attorney, Deana R. Ertl Lombardi, Regional Chief, Michele M. Kelley, Assistant Regional, Office of the General, Social Security Administration, Denver, Colorado, for Appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

Denese Douglas appeals the district court's order accepting a magistrate judge's report and recommendation to uphold the Administrative Law Judge's denial of her claims for Social Security disability benefits. We must uphold the decision to deny disability benefits if the decision is supported by substantial evidence and the correct law was applied. 42 U.S.C.A. § 405(g) (West Supp.2001); *Craig v. Chater,* 76 F.3d 585, 589 (4th Cir.1996). We have reviewed the briefs, the administrative record, and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court and the magistrate judge. *Douglas v. Massanari,* No. CA–00–1147–4–13BF (D.S.C. June 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*